UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:20-CV-588-FL

| | | |
|---|---|---|
| TERRI WALKER-WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| NORTH CAROLINA DEPARTMENT OF | ) | |
| PUBLIC SAFETY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** having come before the Court on the Consent Motion to Dismiss Without Prejudice, submitted by Plaintiff Terry Walker-West, and upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Consent Motion to Dismiss Without Prejudice is **GRANTED**. The Court orders that all claims shall be dismissed without prejudice with each party to bear its own attorneys' fees, expenses, and costs.

Entered this 30th day of March, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge